```
 1  JULIAN M. BAUM (CA State Bar No. 130892)
    THOMAS J. FUCHS
 2  BAUM & WEEMS
 3  9 Tenaya Lane
    Novato, California 94947
 4  Telephone: (415) 892-3152
 5  Facsimile: (415) 892-3096

 6  Attorneys for Plaintiff
    David Carleton
 7
```

ORIGINAL FILED

NOV 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON, an individual, | Case No. 07 5924 |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| 504 GAP, INC. DISABILITY PLANS and THE GAP, INC., in its capacity as Plan Administrator, | [ERISA, 29 U.S.C. Sections 1001 et seq.] |
| Defendants. | |

Certification Of Interested Entities        Page 1 of 2

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named plaintiff and his immediate family (his spouse and his children), there is no such interest to report.

Dated: November 21, 2007

JULIAN M. BAUM
THOMAS J. FUCHS
BAUM & WEEMS

by /s/ Julian M. Baum
_____
JULIAN M. BAUM
Attorneys for Plaintiff