1  JULIAN M. BAUM (SBN 130892)
   THOMAS J. FUCHS
2  BAUM & WEEMS
3  9 Tenaya Lane
   Novato, CA  94947
4  Telephone: (415) 892-3152
   Facsimile:  (415) 892-3096
5
6  Attorneys for Plaintiff DAVID CARLETON

7  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA  94111
   Telephone: (415) 986-5900
10 Facsimile:  (415) 986-8054

11 Attorneys for Defendants

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 DAVID CARLETON, an individual,          )  Case No. CV 07-5924 (JSW)
                                           )
17                          Plaintiff,     )  **STIPULATION EXTENDING TIME**
                                           )  **TO RESPOND TO COMPLAINT**
18        v.                               )
                                           )
19 504 GAP, INC. DISABILITY PLANS and THE  )  Civ. Local Rule 6-1(a)
   GAP, INC., in its capacity as Plan Administrator, )
20                                         )
                                           )
21                          Defendants.    )
                                           )

22

23        THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6.1(a), that

24 defendants and each of them shall have an extension of time until and including March 20, 2008,

25 to respond to plaintiff's complaint in this action.

26        This extension will not alter the date of any event or deadline already fixed by Court

27 order.

28

Stipulation Extending Time to Respond
to Complaint                                      Case No. CV 07-05924 (JSW)

PRU/1048432/5463494v.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: March 3, 2008

JULIAN M. BAUM
THOMAS J. FUCHS
BAUM & WEEMS


By   /s/ Julian M. Baum
    Julian M. Baum
    Attorneys for Plaintiff
    DAVID CARLETON

DATED: March 3, 2008

RONALD K. ALBERTS
TAD A. DEVLIN
GORDON & REES LLP


By
    Tad A. Devlin
    Attorneys for Defendants

Stipulation Extending Time to Respond
to Complaint

Case No. CV 07-05924 (JSW)