1  JULIAN M. BAUM (SBN 130892)
   THOMAS J. FUCHS
2  BAUM & WEEMS
   9 Tenaya Lane
3  Novato, CA  94947
4  Telephone: (415) 892-3152
   Facsimile:  (415) 892-3096
5
6  Attorneys for Plaintiff DAVID CARLETON

7  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA  94111
   Telephone: (415) 986-5900
10 Facsimile:  (415) 986-8054

11 Attorneys for Defendants

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 DAVID CARLETON, an individual,        )  Case No. CV 07-5924 (JSW)
                                         )
17                    Plaintiff,         )  **STIPULATION AND [PROPOSED]**
                                         )  **ORDER REQUESTING FURTHER**
18     v.                                )  **CASE MANAGEMENT**
                                         )  **CONFERENCE AND AGREEING**
19 504 GAP, INC. DISABILITY PLANS and THE)  **TO MEDIATION**
   GAP, INC., in its capacity as Plan Administrator, )
20                                       )
                                         )
21                    Defendants.        )
                                         )
22

23     Counsel for plaintiff and defendants met and conferred pursuant to the Local Rules,

24 Federal Rules of Civil Procedure and this Court's standing rules.

25     The parties have agreed that defendants' response to the complaint is due by March 20,

26 2008.  The parties have agreed to mediation for alternative dispute resolution.

27     As such, good cause appearing, the parties HEREBY STIPULATE AND REQUEST:

28                              Page 1 of 2

PRU/1048432/5464657v.1

Stipulation and Order Requesting
Further Case Management Conference
and Agreeing to Mediation                Case No. CV 07-05924 (JSW)

The current Case Management Conference set for March 21, 2008 be vacated and the Court set a further Case Management Conference for July 11, 2008 at 1:30 p.m., if convenient with the Court. The parties' joint Case Management Statement shall be filed no later than five (5) court days prior to the further Case Management Conference.

IT IS SO STIPULATED.

DATED: March 6, 2008

JULIAN M. BAUM
THOMAS J. FUCHS
BAUM & WEEMS

By  /s/ Julian Baum
Julian M. Baum
Attorneys for Plaintiff
DAVID CARLETON

DATED: March 6, 2008

RONALD K. ALBERTS
TAD A. DEVLIN
GORDON & REES LLP

By _____
Tad A. Devlin
Attorneys for Defendants

[PROPOSED] ORDER

The Court considered the Parties' Stipulation and good cause appearing, hereby vacates the Case Management Conference set for March 21, 2008, and reschedules it for July 11, 2008 at 1:30 p.m. The parties' joint Case Management Statement shall be filed no later than five (5) court days prior to the July 11, 2008 Case Management Conference.

_____
Judge of the United States District Court
Northern District of California