```
1   JULIAN M. BAUM (SBN 130892)
    THOMAS J. FUCHS
2   BAUM & WEEMS
    9 Tenaya Lane
3   Novato, CA 94947
    Telephone: (415) 892-3152
4   Facsimile: (415) 892-3096
5
    Attorneys for Plaintiff DAVID CARLETON
6
    RONALD K. ALBERTS (SBN 100017)
7   TAD A. DEVLIN (SBN 190355)
    GORDON & REES LLP
8   275 Battery Street, Suite 2000
    San Francisco, CA 94111
9   Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
10
11  Attorneys for Defendants
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON, an individual, | Case No. CV 07-5924 (JSW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING FURTHER CASE MANAGEMENT CONFERENCE AND AGREEING TO MEDIATION** |
| v. | |
| 504 GAP, INC. DISABILITY PLANS and THE GAP, INC., in its capacity as Plan Administrator, | |
| Defendants. | |

Counsel for plaintiff and defendants met and conferred pursuant to the Local Rules, Federal Rules of Civil Procedure and this Court's standing rules.

The parties have agreed that defendants' response to the complaint is due by March 20, 2008. The parties have agreed to mediation for alternative dispute resolution.

As such, good cause appearing, the parties HEREBY STIPULATE AND REQUEST:

Page 1 of 2

1  The current Case Management Conference set for March 21, 2008 be vacated and the
2  Court set a further Case Management Conference for July 11, 2008 at 1:30 p.m., if convenient
3  with the Court. The parties' joint Case Management Statement shall be filed no later than five
4  (5) court days prior to the further Case Management Conference.

5  IT IS SO STIPULATED.

6  DATED: March 6, 2008

JULIAN M. BAUM
THOMAS J. FUCHS
BAUM & WEEMS

By    /s/ Julian Baum
   Julian M. Baum
   Attorneys for Plaintiff
   DAVID CARLETON

DATED: March 6, 2008

RONALD K. ALBERTS
TAD A. DEVLIN
GORDON & REES LLP

By _____
   Tad A. Devlin
   Attorneys for Defendants

### [PROPOSED] ORDER

The Court considered the Parties' Stipulation and good cause appearing, hereby vacates the Case Management Conference set for March 21, 2008, and reschedules it for July 11, 2008 at 1:30 p.m. The parties' joint Case Management Statement shall be filed no later than five (5) court days prior to the July 11, 2008 Case Management Conference.

Dated: March 10, 2008

*/s/ Jeffrey S. White*
Judge of the United States District Court
Northern District of California

Page 2 of 2

Stipulation and Order Requesting
Further Case Management Conference
and Agreeing to Mediation

Case No. CV 07-05924 (JSW)