# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Carleton,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>504 Gap, Inc. Disability Plans,<br><br>                    Defendant(s). | 07-05924 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Charles S. Loughran**
Mediator, Arbitrator & Fact-Finder
6318 Bullard Dr.
Oakland, CA 94611
510-339-1970
chuckloughran@hotmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 18, 2008

>                    RICHARD W. WIEKING
>                    Clerk
>                    by:     Alice M. Fiel
>
>                    ADR Case Administrator
>                    415-522-3148
>                    Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05924 JSW MED                - 2 -