```
 1 │ RONALD K. ALBERTS (SBN 100017)
   │ TAD A. DEVLIN (SBN 190355)
 2 │ GORDON & REES LLP
   │ 275 Battery Street, Suite 2000
 3 │ San Francisco, CA 94111
   │ Telephone: (415) 986-5900
 4 │ Facsimile: (415) 986-8054
 5 │ Attorneys for Defendants
   │ 504 GAP, INC. DISABILITY PLANS and
 6 │ THE GAP, INC., in its capacity as Plan Administrator
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>504 GAP, INC. DISABILITY PLANS and THE GAP, INC., in its capacity as Plan Administrator,<br><br>  Defendants. | Case No. CV 07-5924 (JSW)<br><br>**DEFENDANTS' NOTICE OF CHANGE OF COUNSEL** |

TO THE COURT AND TO ALL COUNSEL TO THIS ACTION:

PLEASE TAKE NOTICE that effective immediately Donald W. Rees should be removed from the service list in this matter and should be replaced by Ronald K. Alberts. Mr. Alberts is registered with this Court for electronic filing and notice purposes. Both counsel are members of the law firm of Gordon & Rees LLP, counsel for Defendants.

DATED: March 18th, 2008

GORDON & REES LLP

By _____
Ronald K. Alberts
Tad A. Devlin
Attorneys for Defendants

-1-