JULIAN M. BAUM (SBN 130892)
THOMAS J. FUCHS
BAUM & WEEMS
9 Tenaya Lane
Novato, CA 94947
Telephone: (415) 892-3152
Facsimile: (415) 892-3096

Attorneys for Plaintiff DAVID CARLETON

RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>504 GAP, INC. DISABILITY PLANS and THE GAP, INC., in its capacity as Plan Administrator,<br><br>　　　　　Defendants. | Case No. CV 07-5924 (JSW)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Civ. Local Rule 6-1(a) |

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6.1(a), that defendants and each of them shall have an extension of time to and including April 3, 2008, to respond to plaintiff's complaint in this action.

This extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

1 | DATED: March 19, 2008

BAUM & WEEMS

By _____
Julian M. Baum
Thomas J. Fuchs
Attorneys for Plaintiff
DAVID CARLETON

7 | DATED: March 19, 2008

GORDON & REES LLP

By _____
Ronald K. Alberts
Tad A. Devlin
Attorneys for Defendants

Page 2 of 2

Stipulation Extending Time to Respond to Complaint

Case No. CV 07-05924 (JSW)