IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON,<br><br>    Plaintiff,<br><br>  v.<br><br>504 GAP, INC. DISABILITY PLANS, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-05924 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on May 16, 2008 on the motion to dismiss filed by Defendants. The Court HEREBY ORDERS that Plaintiffs' opposition to the motion shall be filed by no later than April 18, 2008 and Defendant's reply brief shall be filed by no later than April 25, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 4, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE