1  JULIAN M. BAUM (CA State Bar No. 130892)
   THOMAS J. FUCHS
2  BAUM & WEEMS
3  9 Tenaya Lane
   Novato, California 94947
4  Telephone: (415) 892-3152
   Facsimile: (415) 892-3096
5

6  Attorneys for Plaintiff
   David Carleton
7

8  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
9  GORDON & REES LLP
   275 Battery Street, Suite 2000
10 San Francisco, CA 94111
11 Telephone:  (415) 986-5900
   Facsimile:   (415) 986-8054
12

13 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON, an individual, | ) |
| | ) Case No. CV 07-5924 (JSW) |
| Plaintiff, | ) |
| | ) STIPULATION AND [Proposed] |
| v. | ) **ORDER** on Defendants' Motion to Dismiss |
| | ) |
| | ) Date:  May 16, 2008 |
| 504 GAP, INC. DISABILITY PLANS and | ) Time:  9:00 a.m. |
| THE GAP, INC., in its capacity as Plan | ) Courtroom: Hon. Jeffrey S. White |
| Administrator, | ) United States District Judge |
| | ) |
| Defendants. | ) |
| | ) |

1    The parties jointly submit the following Stipulation and Proposed Order, and
2 respectfully present it for the Court's consideration and approval as a resolution of Defendants'
3 Motion to Dismiss scheduled for hearing on May 16, 2008.

**STIPULATION**

The parties agree as follows.

1. Defendants represent that the defendant ERISA plan is insured, with respect to plaintiff's claim for disability benefits, by a group disability insurance policy issued by The Prudential Insurance Company of America and/or one of affiliated companies or subsidiaries ("Prudential")

2. Defendants represent that Prudential agrees that it will pay, on behalf of defendants, any monetary award or relief ordered by the Court in favor of plaintiff in this case, if any, including, but not limited to, disability insurance benefits, prejudgment interest, post-judgment interest, costs, and attorneys' fees and expenses.

3. Based on defendants' representations, plaintiff agrees to the dismissal without prejudice of his Second and Third Claims for Relief, and defendants agree to the withdrawal of their pending Motion to Dismiss.

4. The parties agree that plaintiff's Second and Third Claims for Relief may be re-asserted if, and only if, neither defendants nor Prudential pay the monetary award or relief (if any) ordered by the Court in this case. The parties further agree that the Court shall retain jurisdiction of this action for purposes of any further proceedings related to this Stipulation and Proposed Order.

/// [signatures on following page]
///
///
///
///
///
///

```
                                          BAUM & WEEMS

Date: May 8, 2008                         By _____/s/_____
                                              Julian M. Baum
                                              Attorneys for Plaintiff
                                              David Carleton

                                          GORDON & REES LLP

Date: May 8, 2008                         By _____/s/_____
                                              Ronald K. Alberts
                                              Attorneys for Defendants
```

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.** The hearing presently scheduled for May 16, 2008 is **VACATED.**

DATED: MAY ___, 2008                      _____
                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE