| | |
|---|---|
| 1 | JULIAN M. BAUM (CA State Bar No. 130892) |
| 2 | THOMAS J. FUCHS<br>BAUM & WEEMS |
| 3 | 9 Tenaya Lane |
| | Novato, California 94947 |
| 4 | Telephone: (415) 892-3152 |
| 5 | Facsimile: (415) 892-3096 |
| 6 | Attorneys for Plaintiff |
| | David Carleton |
| 7 | |
| 8 | RONALD K. ALBERTS (SBN 100017) |
| | TAD A. DEVLIN (SBN 190355) |
| 9 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 10 | San Francisco, CA 94111 |
| 11 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 12 | |
| 13 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CARLETON, an individual, | ) | |
| | ) | Case No. CV 07-5924 (JSW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [Proposed] |
| v. | ) | ORDER on Defendants' Motion to Dismiss |
| | ) | |
| | ) | Date: May 16, 2008 |
| 504 GAP, INC. DISABILITY PLANS and | ) | Time: 9:00 a.m. |
| THE GAP, INC., in its capacity as Plan | ) | Courtroom: Hon. Jeffrey S. White |
| Administrator, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

1   The parties jointly submit the following Stipulation and Proposed Order, and
2   respectfully present it for the Court's consideration and approval as a resolution of Defendants'
3   Motion to Dismiss scheduled for hearing on May 16, 2008.

4                                    **STIPULATION**

5   The parties agree as follows.

6   1.   Defendants represent that the defendant ERISA plan is insured, with respect to plaintiff's
7   claim for disability benefits, by a group disability insurance policy issued by The Prudential
8   Insurance Company of America and/or one of affiliated companies or subsidiaries ("Prudential")

9   2.   Defendants represent that Prudential agrees that it will pay, on behalf of defendants, any
10  monetary award or relief ordered by the Court in favor of plaintiff in this case, if any, including,
11  but not limited to, disability insurance benefits, prejudgment interest, post-judgment interest,
12  costs, and attorneys' fees and expenses.

13  3.   Based on defendants' representations, plaintiff agrees to the dismissal without prejudice
14  of his Second and Third Claims for Relief, and defendants agree to the withdrawal of their
15  pending Motion to Dismiss.

16  4.   The parties agree that plaintiff's Second and Third Claims for Relief may be re-asserted
17  if, and only if, neither defendants nor Prudential pay the monetary award or relief (if any)
18  ordered by the Court in this case. The parties further agree that the Court shall retain jurisdiction
19  of this action for purposes of any further proceedings related to this Stipulation and Proposed
20  Order.

21  /// [signatures on following page]
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

|    |                           |                                                        |
|----|---------------------------|--------------------------------------------------------|
| 1  |                           | BAUM & WEEMS                                           |
| 2  |                           |                                                        |
| 3  | Date: May 8, 2008         | By _____                           |
| 4  |                           | Julian M. Baum                                         |
|    |                           | Attorneys for Plaintiff                                |
| 5  |                           | David Carleton                                         |
| 6  |                           | GORDON & REES LLP                                      |

Date: May 8, 2008          By _____
                              Ronald K. Alberts
                              Attorneys for Defendants

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.** The hearing presently scheduled for May 16, 2008 is **VACATED.**

DATED: MAY 12, 2008        _____
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

---

*Stipulation and ~~Proposed~~ Order*     Page 3 of 3     Case No. CV 07-05924 (JSW)

PRU/1048432/5653624v.1