| | |
|---|---|
| 1 | JULIAN M. BAUM (CA State Bar No. 130892) |
| 2 | THOMAS J. FUCHS |
| | BAUM & WEEMS |
| 3 | 9 Tenaya Lane |
| | Novato, California 94947 |
| 4 | Telephone: (415) 892-3152 |
| 5 | Facsimile: (415) 892-3096 |
| 6 | Attorneys for Plaintiff |
| | David Carleton |
| 7 | |
| 8 | RONALD K. ALBERTS (SBN 100017) |
| | TAD A. DEVLIN |
| 9 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 10 | San Francisco, CA 94111 |
| 11 | Telephone:  (415) 986-5900 |
| | Facsimile:   (415) 986-8054 |
| 12 | |
| 13 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DAVID CARLETON, an individual, | ) | |
|---|---|---|
| | ) | Case No. CV 07-5924 (JSW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [Proposed] |
| v. | ) | **ORDER** RE ADR |
| | ) | |
| | ) | Hon. Jeffrey S. White |
| 504 GAP, INC. DISABILITY PLANS and | ) | United States District Judge |
| THE GAP, INC., in its capacity as Plan | ) | |
| Administrator, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

1  The parties jointly submit the following Stipulation and Proposed Order, and
2  respectfully present it for the Court's consideration and approval, removing this action from
3  referral to Alternative Dispute Resolution.

**STIPULATION**

The parties stipulate as follows.

1. The parties, by and through their respective counsel, have met and conferred regarding the potential for settlement. The parties believe that further discussions will prove fruitful either to resolve the case by agreement, or to determine that the case must be submitted to the Court for trial and judgment. The parties believe, however, that the assistance of a neutral mediator is unlikely to be significantly helpful in this relatively straightforward case..

2. Accordingly, the parties respectfully suggest that Mediation in this case would likely not be an effective or efficient use of the Court's ADR resources. Therefore, the parties jointly request that the Court remove this action from referral to Alternative Dispute Resolution under the Court's ADR program.

GORDON & REES LLP

Date: May 14, 2008        By  /s/ by Ronald K. Alberts
                              _____
                              Ronald K. Alberts
                              Attorneys for Defendants


BAUM & WEEMS

                              /s/ by Julian M. Baum
Date: May 14, 2008        By  _____
                              Julian M. Baum
                              Attorneys for Plaintiff
                              David Carleton

1                      **DECLARATION RE CONCURRENCE OF SIGNATORIES**

2                      **UNITED STATES DISTRICT COURT, N.D. CAL.**

3                                  **GENERAL ORDER 45**

4

5        The undersigned ECF filer hereby attests that concurrence in the filing of the

6 foregoing document has been obtained from each of the other signatories whose signature is

7 indicated by the notation " /s/ [name of signatory]."

8        I declare under penalty of perjury under the laws of the United States of America

9 that the foregoing is true and correct.

10 Dated: May 14, 2008                  /s/ Julian M. Baum

11                                         Julian M. Baum

16                                              **ORDER**

17        The parties having stipulated as set forth above,

18        **IT IS SO ORDERED.**

21 DATED: MAY ____, 2008              _____

22                                          JEFFREY S. WHITE

23                                          UNITED STATES DISTRICT JUDGE