1  JULIAN M. BAUM (CA State Bar No. 130892)
2  THOMAS J. FUCHS
   BAUM & WEEMS
3  9 Tenaya Lane
   Novato, California 94947
4  Telephone: (415) 892-3152
   Facsimile: (415) 892-3096
5
6  Attorneys for Plaintiff
   David Carleton
7
8  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN
9  GORDON & REES LLP
   275 Battery Street, Suite 2000
10 San Francisco, CA 94111
11 Telephone:  (415) 986-5900
   Facsimile:   (415) 986-8054
12
13 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLETON, an individual, | ) |
| | ) Case No. CV 07-5924 (JSW) |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~Proposed~~] |
| v. | ) **ORDER** RE ADR |
| | ) |
| | ) Hon. Jeffrey S. White |
| 504 GAP, INC. DISABILITY PLANS and | ) United States District Judge |
| THE GAP, INC., in its capacity as Plan | ) |
| Administrator, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

1  The parties jointly submit the following Stipulation and Proposed Order, and
2  respectfully present it for the Court's consideration and approval, removing this action from
3  referral to Alternative Dispute Resolution.

**STIPULATION**

The parties stipulate as follows.

1. The parties, by and through their respective counsel, have met and conferred regarding the potential for settlement.  The parties believe that further discussions will prove fruitful either to resolve the case by agreement, or to determine that the case must be submitted to the Court for trial and judgment.  The parties believe, however, that the assistance of a neutral mediator is unlikely to be significantly helpful in this relatively straightforward case..

2. Accordingly, the parties respectfully suggest that Mediation in this case would likely not be an effective or efficient use of the Court's ADR resources.  Therefore, the parties jointly request that the Court remove this action from referral to Alternative Dispute Resolution under the Court's ADR program.

GORDON & REES LLP

Date: May 14, 2008         By  /s/ by Ronald K. Alberts
                               _____
                               Ronald K. Alberts
                               Attorneys for Defendants

BAUM & WEEMS

                               /s/ by Julian M. Baum
Date: May 14, 2008         By  _____
                               Julian M. Baum
                               Attorneys for Plaintiff
                               David Carleton

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation " /s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 14, 2008                         /s/ Julian M. Baum
                                            Julian M. Baum

**ORDER**

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

DATED: MAY  15 , 2008                      _____
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE