UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: JEFFREY S. WHITE**

**Date**: July 11, 2008

**Case No:** C 07-05924 JSW

**Case Title**: DAVID CARLETON v. 504 GAP INC. DISABILITY PLANS, et al.

**Appearances:**

    For Plaintiff(s): Julian Baum

    For Defendant(s): Tad Devlin

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Connie Kuhl

## PROCEEDINGS

1. Initial CMC - held

MOTION/MATTER: ( ) Granted
                       ( ) Denied
                       ( ) Granted in part/Denied in part
                       ( ) Taken under submission
                       ( ) Withdrawn/Off Calendar
                       (X) Continued to: **Friday, 01/09/09 at 9:00 AM for Further CMC**

## SUMMARY

- Parties are to meet and confer to agree on a briefing schedule on the summary judgment motion.