1   JULIAN M. BAUM (CA State Bar No. 130892)
2   BAUM & WEEMS
    9 Tenaya Lane
3   Novato, California 94947
    Telephone: (415) 892-3152
4   Facsimile: (415) 892-3096

5
    Attorneys for Plaintiff
6   David Carleton

7   TAD A. DEVLIN, ESQ.
8   GORDON & REES LLP
    275 Battery Street, Suite 2000
9   San Francisco, CA 94111
    Telephone: (415) 986-5900
10  Facsimile:   (415) 986-8054

11
    Attorneys for Defendants
12

13

14              **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16

17  DAVID CARLETON, an individual,       )
                                         )   Case No. CV 07-5924 (JSW)
18          Plaintiff,                   )
                                         )   STIPULATION AND ~~PROPOSED~~ **ORDER**
19  v.                                   )   RE BRIEFING SCHEDULE ON
                                         )   DISPOSITIVE CROSS-MOTIONS
20                                       )
21  504 GAP, INC. DISABILITY PLANS and   )
22  THE GAP, INC., in its capacity as Plan )
    Administrator,                       )
23                                       )
24          Defendants.                  )
                                         )
25                                       )
                                         )
26                                       )
                                         )
27

28

---

*Stipulation and ~~Proposed~~ Order re Briefing*      Page 1 of 4      Case No. CV 07-05924 (JSW)

1.      This case is an action for disability insurance benefits and related relief under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001 *et seq*. ("ERISA").

2.      The Court has scheduled a further Case Management Conference for January 9, 2009, and directed that the parties to meet and confer regarding a briefing schedule for dispositive cross-motions to be heard on or before the Case Management Conference on January 9, 2009.  At the previous Conference, the Court gave the parties a briefing schedule subject to the parties' meet and confer discussions and application to the Court.

3.      The parties believe that further settlement discussions may resolve the case in the next two weeks.  Accordingly, the parties respectfully request and propose the following briefing schedule for the dispositive cross-motions to the Court:

| | |
|---|---|
| November 7, 2008: | Plaintiff to file motion for summary judgment |
| November 21, 2008 | Defendants to file Opposition and cross-motion for summary judgment |
| December 5, 2008 | Plaintiff to file Reply/Response to cross motion |
| December 19, 2008 | Defendants to file Reply in support of cross-motion |
| January 23 <br> ~~January 9~~, 2009 | Hearing / Further Case Management Conference |

JULIAN M. BAUM
BAUM & WEEMS

/s/ Julian M. Baum
by__
JULIAN M. BAUM
Attorneys for Plaintiff

TAD A. DEVLIN
GORDON & REES LLP

by___/s/  Tad A. Devlin_____
TAD A. DEVLIN
Attorneys for Defendants

---

*Stipulation and ~~Proposed~~ Order re Briefing*          Page 2 of 4          Case No. CV 07-05924 (JSW)

1

2                                            **ORDER**

3           The parties having stipulated as set forth above,

4           **IT IS SO ORDERED: AS MODIFIED**

5

6    DATED:  October 27, 2008                    _____

7                                            JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---